■ In the Matter of JEHAN ABDUR RAHEEM, Petitioner, v SHERYL L. PARKER, Respondent. [17 NYS3d 887]—Proceeding pursuant to CPLR article 78 in the nature of mandamus to compel the respondent Sheryl L. Parker, in effect, to vacate an order dated November 10, 2009, which denied the petitioner's motion pursuant to CPL 160.50 (1) to seal the records of a criminal proceeding entitled *People v Whitaker, Also Known as Raheem*, commenced under Kings County indictment No. 649/76, and thereupon to direct that those records be sealed.

Adjudged that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.

"The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought" (*Matter of Sullivan v Morgenstern*, 127 AD3d 980, 980 [2015]; *see Matter of Legal Aid Socy. of Sullivan County v Scheinman*, 53 NY2d 12, 16 [1981]). "Mandamus will not lie if the action sought to be compelled involves an exercise of discretion or reasoned judgment" (*Matter of Jordan v Levine*, 116 AD3d 1043, 1044 [2014]; *see Klostermann v Cuomo*, 61 NY2d 525, 539 [1984]; *Matter of Jacobs v Parga*, 98 AD3d 741, 742 [2012]; *Matter of Daniels v Lewis*, 95 AD3d 1011, 1012 [2012]). The petitioner failed to demonstrate a clear legal right to the relief sought. Rivera, J.P., Balkin, Leventhal and Dickerson, JJ., concur.